CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Cameron Sterling Bueno** DOB: 2004; United States<br>**David Courteny** DOB: 2004; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-02665MJ |
| Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1:** On or about October 8, 2025, in the District of Arizona, **Cameron Sterling Bueno** and **David Courteny**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Guillermo Hernandez-Lopez and Rufino Martinez-Arellano; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).**

**Count 2:** On or about October 8, 2025, in the District of Arizona, **Cameron Sterling Bueno** and **David Courteny**, knowing and in reckless disregard of the fact that certain illegal aliens, including Guillermo Hernandez-Lopez and Rufino Martinez-Arellano, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 8, 2025, in the District of Arizona (Sonoita) Border Patrol Agents (BPAs) were observing traffic at the intersection of State Route (SR) 82 and SR 83. This location is a known egress route utilized by smugglers to travel northbound without going through the Border Patrol Checkpoint on Interstate 19 (I-19). At approximately 9:20 p.m. BPAs observed a white 2014 Dodge Charger traveling east on SR 82 then turn north on SR 83. As the vehicle turned north, BPAs noticed it suddenly brake and slow almost to a stop as BPA vehicles came into view of the Charger, before accelerating and continuing north on SR 83. BPAs decided to follow the vehicle to investigate further. As BPAs began to follow the vehicle, they noticed a strong smell of marijuana. Record checks were run on the license plate of the vehicle. Record checks revealed the vehicle was registered to Cameron Sterling Bueno with an address out of Tempe, Arizona. Record checks also revealed the registered owner had previous criminal records for alien smuggling. It is common for smuggling organizations to recruit drivers out of the greater Phoenix area to drive to this area to pick up and transport illegal aliens further into the United States. This is also a time of night where BPAs are conducting a shift change, and smugglers will exploit these times due to a decrease in law enforcement presence. At approximately 9:33 p.m. BPAs decided to perform a vehicle stop on SR 83 near mile marker 38. As BPAs approached the vehicle, a strong odor indicative of marijuana was again noticed, and an unknown number of individuals were seen wearing camouflage and laying down in the back seat. The driver was identified as **Cameron Sterling Bueno**. A front passenger was also encountered, later identified as **David Courteny**. An immigration inspection was conducted on the passengers in the rear seat, and all were determined to be Mexican citizens, present in the United States illegally.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Guillermo Hernandez-Lopez and Rufino Martinez-Arellano

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE<br>Taylor Garrett<br>Border Patrol Agent |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 10, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Sabori

**Continued from front page.**                                    25-02665MJ

Record checks revealed the subjects did not possess the proper documentation to enter, pass through, or remain in the United States. Further checks revealed that Guillermo Hernandez-Lopez has a previous removal on August 24, 2025 out of Alexandria, Louisiana, and Rufino Martinez-Arrellano has a previous removal on August 20, 2025 out of Alexandria, Louisiana.

Material witness Guillermo Hernandez-Lopez stated he is a citizen of Mexico and made arrangements in Mexico to be smuggled into the United States, paying $8,000 USD smuggling fee, as well as $1,200 USD to a Mexican cartel. Hernandez-Lopez stated he crossed the International Boundary Barrier (IBB) on October 7, 2025 at approximately 3:00 p.m. He claimed to have walked for several hours with eight individuals after crossing the IBB. He stated the group was guided by two smugglers who instructed them to wait at the pick up location to be transported by a white car.

Material witness Rufino Martinez-Arrellano stated he is a citizen of Mexico and made arrangements in Mexico to be smuggled into the United States, having paid $24,000 MXN as a mafia fee. Martinez-Arrellano stated he crossed the IBB on October 6, 2025, accompanied by five other individuals and a foot guide. He stated the group walked the entire day and night before meeting up with another group near a paved road. At this point the entire group was picked up by a blue sedan. They drove for approximately five minutes before Martinez-Arrellano and three others exited the vehicle and were told to hide and wait for the next transport vehicle. Later in the day Martinez-Arrellano was advised via cellphone that their next transport vehicle was nearby, and a white Dodge Charger approached. He stated the driver of the vehicle verbally gave a code word that matched what was given to Martinez-Arrellano by a smuggler in Mexico. He and the three others entered the vehicle and were instructed by the driver and front passenger to lay down in the rear. Martinez-Arrellano described both driver and front passenger as male. He stated the driver told him to stay low to avoid detection. He also claimed the driver told him this was his third time smuggling aliens. Martinez-Arrellano was shown a photo lineup and positively identified **Cameron Sterling Bueno** as the driver of the vehicle, as well as **David Courteny** as the front passenger. He was also shown a photo of the vehicle used in the smuggling event and identified it as the vehicle he was being transported in when stopped by Border Patrol.

After waiving his *Miranda* rights, **Cameron Sterling Bueno** admitted to transporting four illegal aliens with his friend, for a sum of $3,000 USD per illegal alien, at the time of his arrest. Initially **Bueno** claimed he came to Nogales, Arizona to visit friends and smoke marijuana. He claimed he was stopped in the middle of the road near Nogales and forced to transport the four illegal aliens. BPAs believed him to be lying and terminated the interview. Later, **Bueno** signaled to BPAs and requested to have another interview conducted. **Bueno** admitted to lying during the initial interview and admitted to being recruited through social media to pick up people and transport them to Phoenix, Arizona for $3,000 per person. **Bueno** stated later that same day he told **Courteny** to accompany him and he would by **Courteny** approximately $2,000. **Bueno** admitted he knew the subjects he was picking up and transporting are illegal aliens. He stated he was sent a pin location to pick up the aliens, and after arriving and loading the individuals, he instructed them to lay down in the rear passenger area. He stated he travelled using SR 83 to avoid the checkpoint on I-19.

After waiving his *Miranda* rights, **David Courteny** admitted to transporting four illegal aliens with his friend for a sum of $3,000 per alien. He claimed during the trip that he was smoking and fell asleep and at one point the vehicle door open and saw people entering the vehicle, realizing that they were illegal. **Courteny** claimed on the way to Nogales he overheard **Bueno** getting directions over the phone and realized that the individuals they were to transport were illegal. **Courteny** stated that during the commute they were being sent pin drops and directions. **Courteny** stated he was going to get paid $2,000 for helping his friend, knowing that his friend would be getting paid $3,000 per alien. He stated the driver told the aliens to lay down when he saw Border Patrol.